IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ERIC WAYNE CLEMMONS, )
)
    Petitioner, )
)
v. ) Civil Action No. 3:20CV892–HEH
)
JUSTIN ANDREWS, )
)
    Respondent. )

## MEMORANDUM OPINION
### (Dismissing Civil Action Without Prejudice)

Petitioner, a federal prisoner proceeding *pro se*, submitted a petition for a writ habeas corpus under 28 U.S.C. § 2241. (ECF No. 1.) Although Petitioner filed on the correct standardized form, Petitioner only completed select portions of the form and specifically failed to answer questions asking where he has previously raised his claim. Accordingly, by Memorandum Order entered on December 30, 2020, the Court informed Petitioner that he must complete the form in its entirety. The Court directed Petitioner, within eleven (11) days of the date of entry thereof, to complete and return the standardized form for filing a § 2241 petition. The Court warned Petitioner that the failure to comply with the terms of the December 30, 2020 Memorandum Order would result in the dismissal of the action. *See* Fed. R. Civ. P. 41(b).

More than eleven (11) days have elapsed and Petitioner has not completed and returned the § 2241 form or otherwise responded to the December 30, 2020 Memorandum Order. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion

                                                           /s/
Date: Jan 26, 2021     HENRY E. HUDSON
Richmond, Virginia     SENIOR UNITED STATES DISTRICT JUDGE

2